# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

UTIBE NOBLE ENIME

NO. 2025 KW 0304

**JUNE 30, 2025**

---

In Re:    Utibe Noble Enime, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 24-00880.

---

**BEFORE:    PENZATO, WOLFE, AND FIELDS, JJ.**

**WRIT DENIED.** Relator does not clearly state what relief he seeks. This court is limited to review of the lower court rulings or the failure of the lower court to act on a properly filed motion. Any application filed in this court should indicate what relief has been sought in the lower court, the result of such filing, and should include a copy of the motion filed in the lower court, the lower court's ruling, and all other pertinent documentation.

**AHP**
**EW**
**WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT